JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOSE NUNEZ-SANTILLAN,

Petitioner,

v.

WARDEN DESERT VIEW
FACILITY, et al.,

Respondents.

Case No. 5:26-cv-01171-AB-PD

**JUDGMENT**

**A# 242-469-316**

Pursuant to the Order Granting Petition and Entry of Judgment under 28 U.S.C. § 2241, it is adjudicated that the Petition is GRANTED for the same reasons and on the same terms provided in the Court's order granting the Temporary Restraining Order and Preliminary Injunction.  Dkt. No. 7.

The Clerk of Court is directed to CLOSE the case.

DATED:  July 9, 2026

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE